IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| THIELE KAOLIN COMPANY, | * |
|         Plaintiff, | * |
| v. | Case No.  5:22-cv-232 (MTT) |
| | * |
| ENVIRONMENTAL RESOURCES MANAGEMENT—SOUTHEAST, INC. d/b/a ERM SOUTHEAST, INC., | * |
| | * |
|         Defendants. | |

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated January 16, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 17th day of January, 2024.

                                                                 David W. Bunt, Clerk

                                                                 s/ Erin Pettigrew, Deputy Clerk